IRA D. GREY, as Sole Executor, etc., of ESTHER J. GREY, Deceased, Plaintiff, v. HARTLETT A. YORK, Defendant.— Plaintiff's exceptions overruled, motion for

new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concur.